April 20, 2015  9:30 p.m.

ATTN: Abel Acosta, Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, Tx. 78711

RE: Tr. Ct. No. 8114-B

Greetings,

I am writing in order to find out how to stop the 11.07 that I filed. I do not wish to take any further action except that of needing to cancel out the 11.07.

Respectfully Submitted,

#1557396
Richard Vera Rodriguez #1557396

Richard Vera Rodriguez #1557396
Dalhart Unit
11950 FM 998
Dalhart, Tx. 79022

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 27 2015
Abel Acosta, Clerk